AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Contrarian Capital Management, LLC et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 19 civ. 11018 |
| Bolivarian Republic of Venezuela ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/24/2021__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 3/11/2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk