# LANDIS RATH & COBB LLP
### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher
Direct Dial: (302) 467-4415
Email: butcher@lrclaw.com

Telephone: (302) 467-4400
Facsimile: (302) 467-4450

May 11, 2023

<u>VIA CM/ECF</u>

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

  Re: *Contrarian Capital Management, L.L.C. et al v. Bolivarian Republic of Venezuela*; Case Nos. 1:21-mc-00018-UNA; 1:22-mc-00131-UNA; and 1:22-mc-00263-UNA

Dear Judge Stark:

  I represent the Plaintiffs in these matters. I respectfully write regarding Plaintiff's motion for a conditional attachment. *See* D.I. 3.

  Under the Court's local rules, any opposition to Plaintiffs' motion was due yesterday, May 10. L.R. 7.1.2(b). Neither the Republic nor PDVSA appeared or filed any response. Nor has either party has sought an extension of time from Plaintiffs or from the Court. Moreover, while counsel to PDVSA had informed counsel for Plaintiffs on May 5 and 10 that PDVSA would seek a stay of this case, *see* D.I. 8, it has not filed a stay motion, either.

  Plaintiffs therefore respectfully request that the Court grant the motion as unopposed. Plaintiffs will address their status as Additional Judgment Creditors and their right to a full attachment on the briefing schedule set by the Court. D.I. 9

  Counsel is available should the Court have any questions or concerns.

          Respectfully submitted,

          */s/ Rebecca L. Butcher*

          Rebecca L. Butcher (No. 3816)

{W0070696.}