# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTRARIAN CAPITAL MANAGEMENT, L.L.C., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Nos. 21 Misc. 18, 22 Misc. 131 & 22 Misc. 263 |

## NOTICE OF DEPOSITION OF GUSTAVO MARCANO

  PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Contrarian Capital Management, L.L.C., Contrarian Capital Fund I, L.P., Contrarian Dome du Gouter Master Fund, LP, Contrarian Capital Senior Secured, L.P., Contrarian EM II, LP, Contrarian Emerging Markets, L.P., Boston Patriot Summer St LLC, Polonius Holdings, LLC, Emma 1 Master Fund, L.P., Contrarian Funds, L.L.C., and E1 SP, a Segregated Account of EMAP SPC, by and through their undersigned attorneys, will take the deposition of Gustavo Eduardo Marcano, Coordinator and member of the Asset Management and Protection Council of the Bolivarian Republic of Venezuela, at the offices of Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801 on July 17 at 10:00 a.m., or at such other time and place agreed upon. The deposition will be taken before a notary public or other officer authorized to administer oaths and shall be recorded by audiovisual and stenographic means.

  Deponent is hereby directed to produce all of the documents requested in Attachment A on or prior to the date of the scheduled deposition at a location to be agreed among the parties, or at

the offices of Landis Rath & Cobb LLP, c/o Rebecca L. Butcher, 919 Market Street, Suite 1800, Wilmington, DE 19801.

Dated: July 3, 2023            LANDIS RATH & COBB LLP

                                      */s/Rebecca L. Butcher*

| | |
|---|---|
| Steven F. Molo | Rebecca Butcher (#3816) |
| Justin M. Ellis | Jennifer L. Cree (#5919) |
| Lauren F. Dayton | 919 Market Street, Suite 1800 |
| Mark W. Kelley | Wilmington, DE 19801 |
| MOLOLAMKEN LLP | Tel.: (302) 467-4400 |
| 430 Park Avenue, 6th Floor | butcher@lrclaw.com |
| New York, NY 10022 | cree@lrclaw.com |
| Tel.: (212) 607-8170 | |
| Fax: (212) 607-8161 | |
| smolo@mololamken.com | |

*Counsel for Plaintiffs*